

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2021

No. 04-20-00099-CV

**EX PARTE M.M.H,**
Appellant

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019W1722
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Liza A. Rodriguez, Justice

This appeal was submitted on briefs on October 7, 2020. On October 22, 2020, the Second Court of Appeals issued its opinion in *Ex parte K.T.*, 612 S.W.3d 113 (Tex. App.—Fort Worth 2020, pet. filed). In that appeal, the Department filed a petition for review, and the petition is currently pending in the Supreme Court of Texas.

Because the supreme court's disposition of *Ex parte K.T.* could control the disposition of this appeal, acting sua sponte, we WITHDRAW the submission date in this appeal. We ABATE this appeal pending the supreme court's disposition of the petition in *Ex parte K.T.*, or until further order of this court.

This appeal will be reset for submission at a later date.

It is so **ORDERED** on this 24th day of March, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court